IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**KAREN ARWOOD, MELISSA BELLEW,**
**BONNIE BULLINGTON, EDNA GREENE,**
**GWEN HOLDEN, BARBARA LOCKHART** and
**LINDA NOE**

       Plaintiffs

vs.

       Case Number: 3:21-cv-00395

**HAMBLEN COUNTY TN GOVERNMENT,**
**HAMBLEN COUNTY LEGISLATIVE BODY**
and **HOWARD SHIPLEY** in his official
capacity as Chairman of the Hamblen
County Legislative Body

       Defendants.

## MOTION FOR SCHEDULING ORDER AND TRIAL

COME the Defendants by and through undersigned counsel, and respectfully moves the Court pursuant to Fed. R. Civ. Pro. 16 for the entry of an order setting this matter for trial and issuing a scheduling order reflective of the new trial date to be selected in accordance with the convenience of the Court. The undersigned represents that all the parties mediated in good faith May 4, 2023 as instructed by the Court, and no resolution was reached. Accordingly, it is respectfully requested that this matter be placed back on the Court's docket for trial with all applicable deadlines. Defendant's counsel has confirmed that Plaintiff's counsel has not objection to this Motion.

Wherefore, it is respectfully submitted that Defendants' Motion be granted.

RESPECTFULLY SUBMITTED this 26th day of May, 2023.

> TAYLOR & KNIGHT, GP
>
> s/ *Arthur F. Knight, III*
> Arthur F. Knight, III BPR#016178
> 800 South Gay Street, Suite 600
> Knoxville, TN 37929
> Phone: 865-971-1701
> Fax: 865-971-1705

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

> *s/Arthur F. Knight, III*
> Arthur F. Knight, III