IN THE UNITED STATE DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KAREN ARWOOD, MELISSA BELLEW, BONNIE BULLINGTON, EDNA GREENE, GWEN HOLDEN, BARBARA LOCKHART, and LINDA NOE,<br><br>    Plaintiffs,<br><br>v.<br><br>HAMBLEN COUNTY GOVERNMENT, HAMBLEN COUNTY LEGISLATIVE BODY, and HOWARD SHIPLEY in his official capacity as Chairman of the Hamblen County Legislative Body,<br><br>    Defendants. | Case No. 3:21-cv-00395 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the Plaintiffs, Karen Arwood, Melissa Bellew, Bonnie Bullington, Edna Greene, Gwen Holden, Barbara Lockhart and Linda Noe, by and through counsel, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Defendant Howard Shipley on June 20, 2023, beginning at 9:00 a.m. EST and continuing until completed at the Hamblen County Courthouse, West Wing Conference Room, 511 West Second North Street, Morristown, Tennessee 37814. The deposition shall be taken before a duly qualified notary public or other officer authorized by law to administer oaths.

Respectfully submitted this 2d day of June, 2023.

                                                */s/ T. Michael Craig-Grubbs*
                                                T. Michael Craig-Grubbs, BPR No. 33255
                                                Finkelstein, Kern, Steinberg & Cunningham, P.C.

402 Clyde Street
Knoxville, Tennessee 37921
(865) 525-0238
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 2, 2023, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ T. Michael Craig-Grubbs*
T. Michael Craig-Grubbs