UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KAREN ARWOOD, <br> MELISSA BELLEW, <br> BONNIE BULLINGTON, <br> EDNA GREENE, <br> GWEN HOLDEN, <br> BARBARA LOCKHART, and <br> LINDA NOE, <br><br> Plaintiffs, <br><br> v. <br><br> HAMBLEN COUNTY <br> TN GOVERNMENT, <br> HAMBLEN COUNTY <br> LEGISLATIVE BODY, and <br> HOWARD SHIPLEY, in his <br> official capacity as Chairman of the <br> HAMBLEN COUNTY <br> LEGISLATIVE BODY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No.: 3:21-CV-395-TAV-JEM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

This civil matter is before the Court on the defendant's Motion for Scheduling Order and Trial [Doc. 16]. The defendants report that the parties did not reach a resolution of the case at the mediation. As a result, they request entry of an order setting this matter for trial along with a scheduling order with deadlines reflective of the new trial date. Counsel for defendants represents that plaintiffs' counsel, upon consultation, has no objection to the motion.

Upon consideration of the defendants' request and the record in this case, the Clerk of Court is **DIRECTED** to **LIFT** the stay in this matter. In light of the Court's decision to lift the stay, it is hereby **ORDERED** that the jury trial in this matter is set for **Tuesday, October 17, 2023, at 9:00 a.m.**, in Knoxville, and the final pretrial conference is set for **Tuesday, October 10, 2023, at 1:30 p.m.**, in Knoxville. All unexpired deadlines from the time that the Court stayed this litigation [Doc. 13] shall be applied as calculated from the new trial date and according to the same time limitations as set forth in the Court's original scheduling order [Doc. 11].

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE